UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 20-02315-JLS (DFMx) | Date | July 19, 2021 |
|---|---|---|---|
| Title | Ally Bank v. Saeed Temori et al | | |

Present: The Honorable   JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

   The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [45], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

.

                                                                              \_\_\_\_\_ : \_\_\_\_\_
                              Initials of Deputy Clerk    mku